OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Smith et al., Appellants, v. Rudler, Appellee.
[Cite as Smith v. Rudler (1994),     Ohio St.3d    .]
Statutes of limitations -- Discovery rule applied to toll
     statute of limitations where victim of childhood sexual
     abuse represses memories of that abuse until a later time.
     (No. 93-2055 -- Submitted August 31, 1994 -- Decided
September 28, 1994.)
     Appeal from the Court of Appeals for Ashtabula County, No.
92-A-1753.

     Yulish, Twohig & Associates Co., L.P.A., and Jeffrey S. Watson, for appellants.
     Bobulsky & Grdina and Timothy J. Bohanowski, for appellee.
     Licata & Crosby Co., L.P.A., Louis J. Licata and Elizabeth A. Crosby, urging reversal for amicus curiae, Adult Support for Incest Survivors of Today.

     The judgment of the court of appeals is reversed and the cause is remanded to the trial court for consideration and application of Ault v. Jasko (1994), 70 Ohio St.3d 114, N.E.2d    .
     Moyer, C.J., A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
     Wright, J., dissents for the reasons stated in his dissenting opinion in Ault v. Jasko (1994), 70 Ohio St.3d 114, 637 N.E.2d 870.